255-008-00

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____
05 AUG 26 PM 3:39
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | |
|---|---|
| DEBBIE BARRETT; CRYSTAL WALFORD; SONJA LEFLER; SHARON SKUFCA; MISTY YERBY; DANA McFALL; SHEILA WILKERSON; VALERIE KINNEY; RHONDA KELLEY; BRANDON GARRARD; GREGORY CHERRY; BRIAN BOERSMA; MICHAEL RISNER; JEREMY HURST; and JAMES CUMMINGS )))))))))) | |
| Plaintiff(s) )) | |
| v. )) | Case No: 1-~~05-10040~~-T/AN  05-1140 |
| HARDIN COUNTY TENNESSEE )) | |
| Defendant(s) ) | |

## ORDER GRANTING MOTION TO CONTINUE SCHEDULING CONFERENCE

Upon agreement of Parties, that the Scheduling Conference in this matter be continued until September 30, 2005 or reset for a time to be determined by the court, it is,

HEREBY ORDERED, ADJUDGED, AND DECREED that the Parties are granted a continuance of the Scheduling Conference, which will be reset for a time to be determined by the court.

DATED: This the 26th day of August, 2005.

S. Thomas Anderson
JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 8/29/05

\| \|

APPROVED FOR ENTRY:

Respectfully submitted,

PENTECOST, GLENN, & RUDD, PLLC

*Brandon O. [signature]*

Brandon O. Gibson (#021485)
Attorneys for Defendant, Hardin County, Tennessee
106 Stonebridge Blvd.
Jackson, TN 38305
(731)-668-5995

GLANKER BROWN

*Robert Hutton w/perm Brandon O. [signature]*

Robert L. Hutton
Barry Ward
Once Commerce Square
Seventeenth Floor
Memphis, TN 38103-2566

## CERTIFICATE OF SERVICE

This is to certify that I served a copy of this pleading or papers in person or by mail upon

> Robert L. Hutton
> Barry Ward
> One Commerce Square
> Seventeenth Floor
> Memphis, TN 38103-2566

on or before the filing date thereof.

DATE: This the ___ day of August, 2005.

PENTECOST, GLENN, & RUDD, PLLC

By: *Brandon O. [signature]*

Brandon O. Gibson
PENTECOST, GLENN & RUDD, PLLC

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01140 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT