IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| DEBBIE BARRETT, ET AL., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| VS. ) | No. 05-1140-T/An |
| ) | |
| HARDIN COUNTY, TENNESSEE, ) | |
| ) | |
| Defendant. ) | |

ORDER RETAINING JURISDICTION
AND
CLOSING CASE FOR ADMINISTRATIVE PURPOSES

On December 15, 2005, the Court conducted a fairness hearing pursuant to Federal Rule of Civil Procedure 23(e) with regard to a settlement agreement executed by the parties to this class action lawsuit. At the close of that hearing, the Court issued an order approving the settlement agreement, under which Hardin County is required to build a new jail facility and implement certain policy and procedural changes.

The December 15 order requires the parties to report to the Court every six months on the implementation of the settlement agreement, including the progress on the building of a new jail facility. Thus, the Court retains jurisdiction to address issues that may arise out

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  12/22/05

of the settlement. However, the Clerk of Court is directed to close this case for administrative purposes.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

19 December 2005
DATE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 1:05-CV-01140 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT